NOTE: This order is nonprecedential.

# United States Court of Appeals for the Federal Circuit

———————————

**POWER MANAGEMENT SOLUTIONS LLC,**
*Plaintiff-Appellant,*

**v.**

**QUALCOMM INCORPORATED,**
*Defendant-Appellee.*

———————————

2013-1477

———————————

Appeal from the United States District Court for the District of Delaware in No. 13-CV-0130, Judge Richard G. Andrews.

———————————

**ON MOTION**

———————————

Before PROST, O'MALLEY and TARANTO, *Circuit Judge.*

TARANTO, *Circuit Judge.*

## O R D E R

The parties jointly move to affirm the judgment of the United States District Court for the District of Delaware.

In addition to the complaint giving rise to this appeal, Power Management Solutions LLC brought three other

2POWER MANAGEMENT SOLUTIONS v. QUALCOMM INCORPORATED

relevant complaints in the District of Delaware, asserting infringement of U.S. Patent No. 5,504,909. *See Power Management Solutions LLC v. Advanced Micro Devices Inc.*, No. 2013-1455; *Power Management Solutions LLC v. NVIDIA Corp.*, No. 2013-1456; and *Power Management Solutions LLC v. Intel Corp. et al.*, No. 2013-1457 (collectively, the "Related Cases"). In all three Related Cases, the district court entered a stipulated judgment of noninfringement, allowing Power Management to appeal from adverse claim construction rulings.

In August 2013, while the Related Cases were on appeal, the parties jointly moved to stay proceedings in this case. The parties stipulated that, if this court were to affirm the judgments in the Related Cases, this court should affirm the judgment in this appeal. We granted the parties' motion to stay this appeal pending final disposition of the Related Cases. Now that this court has affirmed the judgments of the district court in the Related Cases and the mandates have issued, we summarily affirm the judgment of the district court in this case.

Accordingly,

IT IS ORDERED THAT:

(1) The motion is granted. The judgment of the District Court for the District of Delaware is affirmed.

(2) Each side shall bear its own costs.


FOR THE COURT

/s/ Daniel E. O'Toole
Daniel E. O'Toole
Clerk of Court

s19

ISSUED AS A MANDATE: April 16, 2014